IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HMV HOTELS GROUP, LLC; DESAI ENTERPRISES, LLC; MAHESH DESAI; and VRM HOTELS, LP, <br><br> Defendants. | CIVIL ACTION NO.: 4:21-cv-311 |

**O R D E R**

As provided in the November 21, 2022 Order, (doc. 26), this Court will hold a hearing in this matter to receive evidence and argument on Plaintiff's damages. Said hearing will be held on Tuesday, January 24, 2023, at 2:00 p.m., before the undersigned in Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia.

The Court DIRECTS the Clerk of Court to serve this Order on Defendants by mailing and by emailing a copy of this Order to all addresses provided by Plaintiff in its November 30, 2022 Notice, (doc. 27).

**SO ORDERED**, this 28th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA